UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRYAN JOSE GALEANA MENDOZA, individually, | NO. 3:23-cv-06025 |
| Plaintiff, | |
| vs. | NOTICE OF REMOVAL |
| PIERCE COUNTY, a local governmental entity; BRIAN JOHNSON, in his individual and official capacities; ED TROYER, in his individual and official capacities, et al., | |
| Defendants. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendants Pierce County, Brian Johnson, and Ed Troyer hereby remove to this Court the state court action described below.

1.    On October 6, 2023, an action was commenced in the Superior Court of the State of Washington in and for the County of Pierce, entitled *Bryan Jose Galeana Mendoza vs. Pierce County*, as cause number 23-2-10299-7.  A copy of the complaint is attached as Exhibit A.

2.    The first date upon which Defendants Pierce County, Brian Johnson, and Ed Troyer received a copy of the complaint was October 10, 2023, when Defendant Pierce County

NOTICE OF REMOVAL - 1
Federal Court Notice of Removal.docx
Cause No. 3:23-cv-06025

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main:  (253) 798-6732 / Fax:  (253) 798-6713

was served with a copy of the complaint and three summonses from the state court.  Copies of the summonses are attached hereto as Exhibit B.

3.       This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1331, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. §1441(a) in that it arises under in that it arises under 42 U.S.C. § 1983, Civil action for deprivation of rights.

DATED this 9th day of November, 2023.

MARY E. ROBNETT
Pierce County Prosecuting Attorney

s/ KRISTAL M. COWGER
KRISTAL M. COWGER, WSBA #43079
Deputy Prosecuting Attorney / Civil
930 Tacoma Avenue South, Suite 946
Tacoma, WA  98402-2102
Ph: 253-798-4265 / Fax: 253-798-6713
kristal.cowger@piercecountywa.gov

s/ JONATHAN R. SALAMAS
JONATHAN R. SALAMAS, WSBA #39781
Deputy Prosecuting Attorney / Civil
930 Tacoma Avenue South, Suite 946
Tacoma, WA  98402-2102
Ph: 253-798-4862 / Fax: 253-798-6713
jonathan.salamas@piercecountywa.gov

NOTICE OF REMOVAL - 2
Federal Court Notice of Removal.docx
Cause No. 3:23-cv-06025

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main:  (253) 798-6732 / Fax:  (253) 798-6713