**THE HONORABLE TIFFANY M. CARTWRIGHT**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRYAN JOSE GALEANA MENDOZA, individually,<br><br>Plaintiff,<br><br>vs.<br><br>PIERCE COUNTY, a local governmental entity, BRIAN JOHNSON, in his individual and official capacities, ED TROYER, in his individual and official capacities, and DOES 1-9, in their individual and official capacities,<br><br>Defendants. | No. 3:23−cv−06025−TMC<br><br>**STIPULATED MOTION AND ORDER TO CONTINUE TRIAL DATE**<br><br>**NOTED FOR: August 13, 2024**<br><br><u>WITHOUT ORAL ARGUMENT</u> |

COME NOW the parties, by and through their counsel of record and submit the following Stipulation and Proposed Order To Continue Trial Date.

Trial in this matter is set to begin on **June 16, 2025.** Disclosure of expert testimony under FRCP 26(a)(2) is to be disclosed by **November 18, 2024**. Discovery is set to be completed by **January 17, 2025**.

The parties request this extension because they are still actively involved in the discovery process, including exchanging written materials, coordinating with experts and preparing for depositions. The parties are in the process of working together to efficiently advance the case toward trial. However, this case involves a significant amount of video recordings, including

STIPULATION AND ORDER TO CONTINUE TRIAL DATE

1 of 5 | 3:23−cv−06025−TMC

COCHRAN DOUGLAS
Attorneys at Law
2501 Fawcett Avenue
Tacoma, WA 98402
www.cochrandouglas.com

lengthy body camera and dash camera videos from many different Pierce County Sheriff's Office (PCSO) deputies. Additionally, there are more than 1,000 pages of documents and multiple audio witness statements to review. There are also volumes of medical records and many potential witnesses for which depositions will be necessary, making the discovery process longer than originally planned. Because the discovery process is taking longer than had anticipated, and because significant fact discovery must be completed in order for experts to develop their opinions, the parties have agreed and respectfully request that the Court continue the trial to a date **on or after January 11, 2026,** with corresponding case schedule dates consistent with the new trial date.

STIPULATED TO this 13th day of August, 2024.


COCHRAN DOUGLAS, PLLC

By: /s/ Loren A. Cochran
Loren A. Cochran, WSBA No. 32773
Nicholas B. Douglas, WSBA No. 49786
Tiffany L. Wilke, WSBA No. 49874
Attorneys for Plaintiff


PIERCE COUNTY PROSECUTING
ATTORNEY/CIVIL DIVISION

By: /s/ Kristal M. Cowger (e-signed with permission 8/13/2024)
Kristal M. Cowger, WSBA No. 43079
Jonathan R. Salamas, WSBA No. 39781
Attorneys for Defendants



2501 Fawcett Avenue
Tacoma, WA 98402
www.cochrandouglas.com

**ORDER**

THIS MATTER having come before the undersigned Judge of the above-entitled court based upon the Stipulation of the parties To Continue the Trial Date; and the Court being fully advised, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that the Stipulated Motion To Continue Trial Date is **GRANTED.** The trial date in this matter, currently scheduled for June 16, 2025 shall be continued to January 12, 2026, and a new case scheduling order will be issued.

DONE this 14th day of August, 2024.

_____
TIFFANY M. CARTWRIGHT
United States District Judge

Presented by:

COCHRAN DOUGLAS, PLLC

By: /s/ Loren A. Cochran
Loren A. Cochran, WSBA No. 32773
Nicholas B. Douglas, WSBA No. 49786
Tiffany L. Wilke, WSBA No. 49874
Attorneys for Plaintiff



1  APPROVED AS TO FORM; NOTICE OF
2  PRESENTATION WAIVED:

3
   PIERCE COUNTY PROSECUTING
4  ATTORNEY/CIVIL DIVISION

5  /s/ Kristal M. Cowger (e-signed with permission 8/13/2024)
   Kristal M. Cowger, WSBA No. 43079
6  Jonathan R. Salamas, WSBA No. 39781
   Attorneys for Defendants
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER TO CONTINUE
TRIAL DATE

4 of 5 | 3:23−cv−06025−TMC



## CERTIFICATE OF SERVICE

I, **Kim Snyder**, hereby declare under penalty of perjury under the laws of the State of Washington that I am employed at Cochran Douglas, PLLC and that on today's date, I served the foregoing via ECF /U.S. Regular Mail / **Email** and/or Facsimile by directing delivery to all counsel of record.

      Kristal M. Cowger, WSBA No. 43079
      Jonathan R. Salamas, WSBA No. 39781
      930 Tacoma Avenue South, Suite 946
      Tacoma, WA 98402
      253-798-6732
      kristal.cowger@piercecountywa.gov
      jonathan.salamas@piercecountywa.gov
      Attorneys for Defendants

DATED this 13th day of August, 2024.

                        /s/ Kim Snyder
                        Legal Assistant



COCHRAN DOUGLAS
Attorneys at Law
2501 Fawcett Avenue
Tacoma, WA 98402
www.cochrandouglas.com